■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON BOSLEY, Appellant. [608 NYS2d 880] —Appeal from a judgment of the County Court of Schenectady County (Feldstein, J.), rendered November 19, 1992, convicting defendant upon his plea of guilty of the crime of rape in the first degree.

Defendant challenges the factual sufficiency of his plea allocution, an argument he failed to preserve by moving to either vacate or withdraw his plea. Further, at the time he pleaded guilty, defendant also waived his right to appeal, a waiver the record reveals to have been knowing and voluntary. In any event, there is no merit to defendant's claim that his plea allocution was deficient. Also, defendant's contention that his negotiated sentence of 4 to 12 years' imprisonment is harsh and excessive is completely without merit.

Mikoll, J. P., Crew III, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.

■ CORNELIUS STEPHENS, Appellant, v STATE OF NEW YORK, Respondent. [608 NYS2d 878] —Appeals from two orders of the Court of Claims (Lyons, J.), entered August 26, 1992 and November 6, 1992, which denied claimant's motions to, *inter alia,* proceed as a poor person.

Claimant contends that he set forth sufficient facts to warrant his being adjudicated a poor person for the purpose of prosecuting his action against the State. On the present record before us, however, we cannot say that the Court of Claims abused its discretion in denying claimant's motions for such relief. Claimant's remaining arguments have been considered and rejected as unpersuasive.

Cardona, P. J., Mercure, White, Casey and Weiss, JJ., concur. Ordered that the orders are affirmed, without costs.